# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **Jonathan James,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: |
| | )   2:23-cv-00469-C |
| **International Paper Company,** *et. al.,* | ) |
| | ) |
| Defendant. | ) |

## ASSESSMENT OF SETTLEMENT POSSIBILITIES

COMES NOW Defendant International Paper Company ("Defendant" or "International Paper") who, pursuant to this Court's Order (*See* Doc. 13), files this assessment of settlement possibilities. International Paper has engaged in substantial settlement negotiations with Plaintiff Jonathan James ("Plaintiff" or "James") (collectively, the "Parties") and have reached an agreement. The Parties anticipate filing a joint stipulation of dismissal in the coming days.

Respectfully submitted this 10th day of February 2025.

*s/Marcus M. Maples*
Marcus M. Maples
Aaliyah L. Locke
Attorneys for Defendant

**OF COUNSEL:**
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, PC
1901 Sixth Avenue North, Suite 2600
Birmingham, AL  35203

(205) 328-0480 Telephone
(205) 322-8007 Facsimile
mmaples@bakerdonelson.com
alocke@bakerdonelson.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of February 2025, a true and correct copy of the foregoing was served using the CM/ECF system, which will then send a notification of such filing to any counsel of record as follows:

Charles E. Davis
Dean Waite
DEAN WAITE & ASSOCIATES, LLC
4685 Airport Boulevard
Mobile, Alabama 36608
(251) 265-1000 Telephone
chase@deanwaite.com
dean@deanwaite.com

                                        /s *Marcus M. Maples*
                                        OF COUNSEL