IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN JAMES, | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action No. 23-0469-C |
| INTERNATIONAL PAPER COMPANY, et al., | : | |
| Defendants. | : | |

## ORDER

The Court has been advised by an Assessment of Settlement Possibilities (Doc. 18) that the parties have reached an agreement and anticipate on filing a joint stipulation of dismissal. Because the case has been settled and there no longer exists a live case or controversy, it is **ORDERED** and **ADJUDGED** that this action be **DISMISSED WITHOUT PREJUDICE** from the active docket of the Court, pursuant to the right of a party to file a motion to vacate this Order and reinstate the action within thirty (30) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

In the event no party reinstates this action, the dismissal of this action shall become **WITH PREJUDICE** upon the expiration of thirty (30) days. The Court retains jurisdiction in the above-styled case until the expiration of thirty (30) days. Final judgment, as prescribed by Rule 58 of the Federal Rules of Civil Procedure, shall be deemed as entered on **March 13, 2025**. The parties are to bear their own costs, unless otherwise agreed.

Further, the final pretrial conference, presently set for March 20, 2025, and jury selection and jury trial, presently set for April 21, 2025, are hereby **CANCELED**.

**DONE AND ORDERED** this 11th day of February, 2025.

    s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**